195 AD2d 551). Should defendants prevail at trial, they may seek reimbursement of those costs. (Appeal from Order of Supreme Court, Queens County, Dunkin, J.—Dismiss Complaint.) Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.

JUAN MALDONADO et al., Appellants, v 69-70 ASSOCIATES, Respondent. [639 NYS2d 199]

Memorandum: Supreme Court erred in denying plaintiffs' motion to compel disclosure of defendant's records relating to prior criminal activity at the apartment buildings owned and operated by defendant in Jackson Heights (*see,* CPLR 3101 [a]; *Jacqueline S. v City of New York,* 81 NY2d 288, 294, *rearg denied* 82 NY2d 749). A landlord has a duty to maintain minimal security measures in the face of foreseeable criminal intrusion upon tenants (*Miller v State of New York,* 62 NY2d 506, 513) and to make the public areas of its property reasonably safe for those who might enter (*Nallan v Helmsley-Spear, Inc.,* 50 NY2d 507, 519). The records that plaintiffs seek are necessary in the prosecution of this negligence action and are material to the issues of foreseeability and whether defendant maintained the property in a safe condition (*see, Nallan v Helmsley-Spear, Inc., supra,* at 519-520). (Appeal from Order of Supreme Court, Queens County, LeVine, J.—Discovery.) Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.

ESTHER GRUSHKIN, Respondent-Appellant, v VICTOR FREUDMAN et al., Appellants-Respondents. (Appeal No. 1.) [639 NYS2d 750]

Present—Pine, J. P., Fallon, Callahan, Balio and Boehm, JJ.

ESTHER GRUSHKIN, Respondent-Appellant, v VICTOR FREUDMAN et al., Appellants-Respondents. (Appeal No. 2.) [639 NYS2d 591]

Memorandum: Plaintiff commenced this action seeking damages, including punitive damages, for alleged misrepresentations or concealments by defendants that induced her to invest in a real estate venture. Plaintiff moved for summary judgment, contending that she was induced to invest based upon six specified misrepresentations or concealments. Supreme Court properly determined that factual issues exist with respect to liability on the first,